KEVIN V. RYAN (CSBN 118321)
United States Attorney

*E-filed 9/26/06*

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-00633 JF |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| RAFAEL VALENCIA-ARAGON, ) | |
| Defendant. ) | SAN JOSE VENUE |

On September 21, 2006, the parties in this case appeared before the Court for an arraignment. After the defendant was arraigned and entered a plea of not guilty, the parties requested that a status hearing be scheduled before Judge Fogel for October 25, 2006. Assistant Federal Public Defender Lara Vinnard explained to the Court that she was investing the defendant's case, and recently sent documents to an immigration lawyer for review. The parties then requested an exclusion of time under the Speedy Trial Act from September 21, 2006 to October 25, 2006. The defendant, through AFPD Vinnard, agreed to the exclusion. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

STIPULATION AND [PROPOSED] ORDER
No. 06-00633 RS                                    1

1  SO STIPULATED:                    KEVIN V. RYAN
2                                    United States Attorney

3  DATED:_____              _____/s/_____
4                                    SUSAN KNIGHT
                                     Assistant United States Attorney

5  DATED:_____              _____/s/_____
6                                    LARA S. VINNARD
                                     Assistant Federal Public Defender

9       Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
10 under the Speedy Trial Act from September 21, 2006 until October 25, 2006.  The Court finds,
11 based on the aforementioned reasons, that the ends of justice served by granting the requested
12 continuance outweigh the best interest of the public and the defendant in a speedy trial.  The
13 failure to grant the requested continuance would deny defense counsel reasonable time necessary
14 for effective preparation, taking into account the exercise of due diligence, and would result in a
15 miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made
16 under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
17 SO ORDERED.

19 DATED: 6/26/06                    _____
20                                   HOWARD R. LLOYD
                                     United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. 06-00633 RS                          2