**E-filed 11/20/06**

1    BARRY J. PORTMAN
     Federal Public Defender
2    LARA S. VINNARD
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA 95113
4    Telephone: (408) 291-7753

5    Counsel for Defendant VALENCIA-ARAGON

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12   UNITED STATES OF AMERICA,          )    No. CR 06-00633 JF
                                        )
13              Plaintiff,              )    STIPULATION TO CONTINUE
                                        )    HEARING AND EXCLUDE TIME;
14   v.                                 )    [~~PROPOSED~~] ORDER
                                        )
15   RAFAEL VALENCIA-ARAGON,            )
                                        )
16              Defendant.              )
     _____)

17          Defendant and the government, through their respective counsel, hereby stipulate that,

18   subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19   Wednesday, November 29, 2006, be continued to Wednesday, January 10, 2007, at 9:00 a.m.

20          The continuance is requested by the defense for two reasons. First, the government has

21   extended a settlement offer that the defense anticipates will result in disposition and sentencing

22   at the parties' next appearance. However, defense counsel will be out of town for approximately

23   one week near the end of November, and would like additional time to discuss the matter with

24   Mr. Valencia after her return. Second, Mr. Valencia has requested that his next appearance be

25   postponed until after the winter holidays, given that it will likely be his last appearance, and he

26   would like to remain in the local jail for family visits over the winter holidays.

1    The parties further agree that time should be excluded under the Speedy Trial Act for

2    continuity of counsel, and because the defense requires time for effective preparation and

3    investigation, so that the ends of justice outweigh the defendant's and the public's need for a

4    speedy trial.

5

6    Dated:        11/15/2006                    _____/s/_____
                                                 LARA S. VINNARD
7                                                Assistant Federal Public Defender

8    Dated:        11/15/06                      _____/s/_____
                                                 SUSAN KNIGHT
9                                                Assistant United States Attorney

10                                      **ORDER**

11       The parties have jointly requested a continuance of the hearing set for November 29,

12   2006, because defense counsel will be out of town in late November, and requests additional

13   time to discuss a proposed settlement offer with the defendant.  Additionally, the defendant

14   wishes to postpone his final court appearance until after the winter holidays so that he may

15   remain in the local jail for family visits.

16       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

17   presently set for November 29, 2006, be continued to January 10, 2007,  at 9:00 a.m.

18       Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

19   from November 29, 2006, to January 10, 2007, shall be excluded from the period of time within

20   which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

21

22   Dated:    11/20/06                          _____
                                                 JEREMY FOGEL
23                                               United States District Judge

24

25

26